THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. 1 PIERCE ARROW LIMOUSINE AUTOMOBILE and 20 CASES OF SCOTCH WHISKY, and BYRON ARGIS, Claimant, Respondent.— Order directing return of automobile and intoxicating liquor reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. We think that the case is governed by the provisions of the Code of Criminal Procedure, section 802-b, subdivision 5,† which differs from subdivisions 2 and 6,† discussed in *People* v. *Diamond* (233 N. Y. 130), and that the petitioner made out no case for the return of the property seized. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. 70 BAGS OF WHISKY, etc., and LOUIS BIDAL, Claimant, Appellant.‡— Order denying motion for return of intoxicating liquor affirmed. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB SILVERMAN, Appellant.— Order of the County Court of Kings county affirmed, upon the authority of *People* v. *Mansi* (129 App. Div. 386); *Cohen* v. *Warden of Workhouse* (150 N. Y. Supp. 596); *People* v. *Foster* (N. Y. L. J. Jan. 9, 1909) and *Case of the Twelve Commitments* (19 Abb. Pr. 394). Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

In the Matter of the Application of SLATER DEVELOPMENT CORPORATION, Appellant, for a Peremptory Mandamus Order against ALBERT E. KLEINERT, as Superintendent of the Bureau of Buildings, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

† Added by Laws of 1921, chap. 156, known as the State Prohibition Enforcement Act. See, also, footnote, *ante*, p. 648.— [REP.

‡ See *People* v. *Seventy Bags of Whisky* (120 Misc. Rep. 843).— [REP.